UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1350
_____

UNITED STATES OF AMERICA

v.

DANIEL R. SIDDONS,
                                    Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Crim. No. 07-cr-00717-001)
District Judge:  Honorable Paul S. Diamond
_____

Submitted Under Third Circuit LAR 34.1(a)
September 13, 2011
_____

Before: RENDELL, JORDAN and BARRY, Circuit Judges

(Opinion Filed: October 5, 2011)
_____

ORDER AMENDING OPINION
_____

        As it appears that the opinion entered in the above matter on October 5, 2011, contained a typographical error, it is hereby

        ORDERED that the opinion be amended to correct "leading guilty" to "pleading guilty" on line 8 of text on page 5.

                                    By the Court,

                                    **/s/Maryanne Trump Barry**
                                    Circuit Judge

Dated:        October 7, 2011

MB/cc:      Ashley K. Lunkenheimer, Esq.
              Todd E. Henry, Esq.